UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                             :

UNITED STATES OF AMERICA,     :

           - against -                :     **NOTICE OF APPEARANCE**

EDUARDO ANDINO, et al.,        :     S-1 12 Cr. 844 (RWS)

                 Defendants.  :
-------------------------------------------------------x

T0:    Clerk of the Court
         United States District Court
         Southern District of New York

Sirs:

       You are hereby notified that I appear for Eduardo Andino, a defendant in the above entitled action. I do hereby certify that I have previously filed a Certificate of Good Standing from the New York State Courts, pursuant to Criminal Rule 44.1 of the Local Rules for the Southern District and Eastern Districts of New York.

Dated: New York, New York
         January 30, 2013

                                                   Respectfully submitted,

                                                   */s/ Ronald L. Garnett*

                                                   Ronald L. Garnett
                                                   Attorney for Defendant
                                                      Eduardo Andino
                                                   299 Broadway, Suite 1802
                                                   New York, NY  10007-1904
                                                    (212) 587-5159 (Office)
                                                    (212) 587-3867 (Fax)
                                                   E-mail: RLGarnett@aol.com